WILLIAM WATSON, Appellant, *v.* JAMES W. SMITH, Respondent.

(Submitted June 19, 1885; decided October 6, 1885.)

*Horace Barnard* for appellant.

*M. W. Devine* for respondent.

Agree to affirm ; no opinion.
All concur, except ANDREWS, J., absent.
Judgment affirmed.

---

WILLIAM CORNING, Respondent, *v.* NATHAN P. POND, Assignee, etc., Appellant.

(Argued June 22, 1885 ; decided October 6, 1885.)

*John Van Voorhis* for appellant.

*Edward Harris* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.